UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONGVIEW FIBRE PAPER & PACKAGING, INC., a Washington corporation,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; and THE ST. PAUL TRAVELERS COMPANIES, INC., a Minnesota corporation,

    Defendants.

Case No. C06-5666FDB

ORDER LIFTING STAY AND SETTING DATE FOR DEFENDANT TO ANSWER COMPLAINT

Plaintiff Longview Fibre moves to lift the stay in this case, the U. S. District Court for the District of Connecticut having determined that the Connecticut action will not proceed in Connecticut and having ordered the case transferred to this court. Defendants respond that they do not oppose the motion to lift the stay, but request 20 days to serve and file their Answer, and that the Court consider as well that Defendant's counsel is out of the country until July 16, 2007.

ACCORDINGLY, IT IS ORDERED:

1. The stay entered in this action on February 22, 2007 [Dkt. # 20) is hereby lifted;

2. Deadline for Defendant to file an Answer to the Complaint is Friday, August 31, 2007.

DATED this 9th day of July, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1